In re New Orleans City of; — Defendant; Applying for Writ of Certiorari and/or Review Office of Worker’s Compensation District 8, Nos. 93-2057, 93-2064, 93-2065, 93-2067, 93-2073, 93-2074, 93-2076, 93-2081, 93-2083, 93-2085, 93-2091, 93-2102, 93-2013, 93-2107, 93-2137, 93-2167, 93-2314; to the Court of Appeal, Fourth Circuit, No(s). 98-CA-1714, 98-CA-1715, 98-CA-1716, 98-CA-1717, 98-CA-1718, 98-CA-1719, 98-CA-1720, 98-CA-1721, 98-CA-1722, 98-CA-1723, 98-CA-1724, 98-CA-1725, 98-CA-1726, 98-CA-1727, 98-CA-1728, 98-CA-1729, 98-CA-1730
Denied.
JOHNSON, J., not on panel.